IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNIVERSAL SECURE REGISTRY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-585 (JFB) (SRF) |
| | ) | |
| APPLE INC., VISA INC., and | ) | |
| VISA U.S.A., INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Universal Secure Registry LLC ("USR") and Defendants Apple Inc., Visa Inc., and Visa U.S.A. ("Defendants"), subject to the approval of the Court, that:

1. USR's time to respond to Defendants' motion to dismiss (D.I. 16) be extended to September 29, 2017; and

2. Defendants' time to reply be extended to October 20, 2017.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| | |
| */s/ Jeremy A. Tigan* | */s/ David E. Moore* |
| Jack B. Blumenfeld (#1014) | David E. Moore (#3983) |
| Jeremy A. Tigan (#5239) | Bindu A. Palapura (#5370) |
| 1201 North Market Street | Hercules Plaza, 6th Floor |
| P.O. Box 1347 | 1313 North Market Street |
| Wilmington, DE 19899-1347 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 984-6000 |
| jblumenfeld@mnat.com | dmoore@potteranderson.com |
| jtigan@mnat.com | bpalapura@potteranderson.com |
| | |
| *Attorneys for Universal Secure Registry LLC* | *Attorneys for Visa Inc. and Visa U.S.A., Inc.* |

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Jason J. Rawnsley*
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
rawnsley@rlf.com

*Attorneys for Apple Inc.*

September 5, 2017
11265095

    SO ORDERED this ___ day of _____, 2017.

                              _____
                              UNITED STATES DISTRICT JUDGE