# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNIVERSAL SECURE REGISTRY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., VISA INC., and VISA U.S.A., INC.,<br><br>Defendants. | Civil Action No. 17-585-JFB-SRF |

**DEFENDANTS' RESPONSE TO PLAINTIFF UNIVERSAL SECURE REGISTRY LLC'S NOTICES OF SUBSEQUENT AUTHORITY (D.I. 49, 50)**

OF COUNSEL FOR APPLE:

Fredrick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
Richards Layton, & Finger, P.A.
920 North King Street
Wilmington, DE 19801
cottrell@rlf.com
(302) 651-7700

Mark D. Selwyn
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
mark.selwyn@wilmerhale.com
(650) 858-6000

Monica Grewal
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA  02109
monica.grewal@wilmerhale.com
(202) 663-6000

OF COUNSEL FOR VISA:

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
POTTER ANDERSON CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
dmoore@potteranderson.com
Tel:  (302) 984-6000

James C. Yoon
Jamie Y. Otto
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel:  (650) 493-9300

Derek A. Gosma
WILMER CUTLER PICKERING
 HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
derek.gosma@wilmerhale.com
(213) 443-5300

Dated:  February 19, 2018

Defendants Apple Inc., Visa Inc., and Visa U.S.A., Inc. ("Defendants") write to respond to the Notices of Subsequent Authority relating to Defendants' Motion to Dismiss Plaintiff's Complaint filed on February 13, 2018 (D.I. 49) and February 16, 2018 (D.I. 50).  The cases cited by USR, *Berkheimer v. HP Inc.*, No. 2017-1437 (Fed. Cir. Feb. 8, 2018), and *Aatrix Software, Inc. v. Green Shades Software, Inc.*, No. 2017-1452 (Fed. Cir. Feb. 14, 2018), do not represent any new development in the law under 35 U.S.C. § 101.  Rather, both cases stand for the ordinary proposition that granting a motion to dismiss or summary judgment is inappropriate where there is a material dispute of fact concerning whether a patent claims activity that a skilled artisan would find to be "well-understood, routine, and conventional."

In *Berkheimer*, the Federal Circuit overturned a summary judgment ruling because it found that there were material disputes of fact based on express statements in the patent specification that the patented method performed data storage and editing in a new and unconventional way.  *Berkheimer*, No. 17-1437, slip op. at 16-17.  Importantly, however, the Federal Circuit emphasize that "not every § 101 determination contains genuine disputes over the underlying facts material to the §101 inquiry," and explained that "nothing in [its] decision should be viewed as casting doubt on the propriety" of its other §101 precedents, including *Content Extraction & Transmission, LLC v. Wells Fargo Bank, Nat'l Ass'n*, 776 F.3d 1343 (Fed. Cir. 2014), and *Intellectual Ventures I LLC v. Capital One Bank (USA)*, 792 F.3d 1363 (Fed. Cir. 2015), both of which were cited in Defendants' briefs.  *Berkheimer*, No. 17-1437, slip op. at 13.

Similarly, the Federal Circuit's *Aatrix* opinion reversed a district court's grant of a motion to dismiss where the court had improperly determined a claim to be ineligible "because it is not directed to a tangible embodiment."  *Aatrix*, No. 17-1452, slip op. at 6.  The Defendants here have made no such argument with respect to the USR patents.  The Federal Circuit also

found in *Aatrix* that the district court had erred because it failed to accept the allegations regarding the unconventional nature of the invention in plaintiff's second amended complaint. *Id.* at 9.

Unlike the plaintiffs in *Berkheimer* and *Aatrix*, USR has never seriously disputed that its patents claim conventional means for verifying a person's identity. Nor could it. As Defendants explained in their briefs, the patent specifications repeatedly emphasize the generic and conventional nature of the components used in the system as well as the verification processes used. *See, e.g.*, Defendants' Opening Brief In Support of Their Motion To Dismiss Plaintiff's Complaint, Dkt. 17 at 11-13, 15, 18; Defendants Reply Brief In Support of Their Motion To Dismiss Plaintiff's Complaint, D.I. 37 at 4-5, 7-9; *see also, e.g.*, '539 patent at 5:30-6:7:29 (describing the generic nature of the processor, network, operating system, database, user interface, etc.); *id.* at 7:30-8:61 (describing the claimed invention's use of generic, well-known authentication mechanisms such as a SecureID card and biometric information).

In light of the foregoing and for the reasons set forth in their briefs, Defendants respectfully submit that the *Berkmeimer* and *Aatrix* cases are readily distinguishable, and in no way undermine the force of the Supreme Court and Federal Circuit precedent cited in Defendants' Motion to Dismiss.

| | |
|---|---|
| /s/ Jason J. Rawnsley | /s/ Bindu A. Palapura |
| Fredrick L. Cottrell, III (#2555) | David E. Moore (#3983) |
| Jason J. Rawnsley (#5379) | Bindu A. Palapura (#5370) |
| RICHARDS, LAYTON & FINGER, P.A. | Stephanie E. O'Byrne (#4446) |
| 920 North King Street | Hercules Plaza, 6th Floor |
| Wilmington, DE 19801 | 1313 N. Market Street |
| (302) 651-7700 | Wilmington, DE 19801 |
| cottrell@rlf.com | Tel: (302) 984-6000 |
| rawnsley@rlf.com | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| *Attorneys for Defendant Apple Inc.* | sobyrne@potteranderson.com |

OF COUNSEL:

Mark D. Selwyn
Liv L. Herriot
WILMER CUTLER PICKERING
 HALE & DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000

Monica Grewal
WILMER CUTLER PICKERING
 HALE & DORR LLP
60 State Street
Boston, MA 02109
(202) 663-6000

Derek A. Gosma
WILMER CUTLER PICKERING
 HALE & DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
(213) 443-5300

Dated:  February 20, 2018

*Attorneys for Defendants Visa Inc. and Visa U.S.A., Inc.*

OF COUNSEL:

James C. Yoon
Jamie Y. Otto
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel:  (650) 493-9300