IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNIVERSAL SECURE REGISTRY LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., VISA INC. and<br>VISA U.S.A., INC.,<br><br>Defendants. | ) | C.A. No. 17-585 (JFB) (SRF) |

**EXHIBITS 1-3 TO PLAINTIFF UNIVERSAL SECURE REGISTRY LLC'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANT APPLE INC.'S MOTION TO STAY PENDING *INTER PARTES* AND COVERED BUSINESS METHOD REVIEWS**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com
*Attorneys for Universal Secure Registry LLC*

OF COUNSEL:

Harold Barza
Tigran Guledjian
Valerie Roddy
Jordan Kaericher
Nima Hefazi
Richard H. Doss
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Sean Pak
Brian E. Mack
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600

July 6, 2018

# EXHIBIT 1

*Thermo Fisher Scientific Inc. et al v. Agilent Technologies, Inc.*
C.A. 17-600 (LPS)

| | | |
|---|---|---|
| 04/26/2018 | 92 | ORAL ORDER: For the reasons stated by the Court at the hearing today, IT IS HEREBY ORDERED that Agilent's Motion to Stay Pending Inter Partes Review of the Asserted Patents (D.I. 18) is DENIED. IT IS FURTHER ORDERED that a teleconference is scheduled for June 29, 2018 at 4:00 p.m. Counsel for Agilent shall initiate the teleconference call to 302-573-4571. IT IS FURTHER ORDERED that, by no later than the next business day after the PTAB issues its last institution decision on Agilent's four pending inter partes review petitions, the parties shall submit a joint status report briefly stating whether the PTAB decided to institute each of the four petitions, whether Agilent wishes to renew its motion to stay, and, if applicable, how the parties propose submitting written arguments on Agilent's renewed motion in advance of the teleconference. ORDERED by Judge Leonard P. Stark on 4/26/18. (ntl) (Entered: 04/26/2018) |


# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ASUSTeK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Defendants. | C.A. No. 15-1125-GMS |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>HTC CORP. and HTC AMERICA, INC.<br><br>Defendants. | C.A. No. 15-1126-GMS |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>VISUAL LAND, INC.,<br><br>Defendant. | C.A. No. 15-1127-GMS |
| U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHERN TELECOM INC., | C.A. No. 15-1128-GMS |

Defendant.

KONINKLIJKE PHILIPS N.V. and
U.S. PHILIPS CORPORATION,

Plaintiffs,

v.

DOUBLE POWER TECHNOLOGY, INC.,
ZOWEE MARKETING CO., LTD., and
SHENZEN ZOWEE TECH. CO., LTD.,

Defendants.

C.A. No. 15-1130-GMS

KONINKLIJKE PHILIPS N.V. and
U.S. PHILIPS CORPORATION,

Plaintiffs,

v.

YIFANG USA, INC., d/b/a
E-FUN, INC.,

Defendant.

C.A. No. 15-1131-GMS

KONINKLIJKE PHILIPS N.V. and
U.S. PHILIPS CORPORATION,

Plaintiffs,

v.

ACER INC. and
ACER AMERICA CORPORATION,

Defendants.

C.A. No. 15-1170-GMS

**ORDER**

WHEREAS, on January 27, 2017, Defendants Acer Inc. and Acer America Corporation (collectively "Acer") filed a Motion to Stay the Case Pending *Inter Partes* Review (D.I. 114, C.A. No. 15-1170);

WHEREAS, all defendants joined the Motion (D.I. 104, C.A. No. 15-1125, D.I. 88, C.A. No. 15-1126, D.I. 104, C.A. No. 15-1127, D.I. 86, C.A. No. 15-1128, D.I. 111, C.A. No 15-1130, D.I. 103, C.A. No. 15-1131);

IT IS HERBY ORDERED THAT:

1. The Motion to Stay is **DENIED** without prejudice.[1]

Dated: March 30, 2017

UNITED STATES DISTRICT COURT

[1] Google Inc. has petitioned for *inter partes* review of six of the eleven patents asserted in this case: United States Patent Nos. RE44,913, Case Nos. IPR 2017-00386 and IPR 2017-00387; RE43,564, Case Nos. IPR 2017-00388 and IPR 2017-389; 7,529,806, Case No. 2017-00447; 6,772,114, Case No. 2017-00437; 6,690,387, Case Nos. IPR 2017-00408 and IPR 2017-00409; and 7,184,064, Case Nos. 2017-00410 and 2017-0041. (D.I. 115) Acer moved to stay all proceedings in the case pending the outcome of certain *inter partes* review proceedings brought before the United States Patent and Trademark Office ("USPTO") by non-party Google Inc. Because the USPTO has not instituted *inter partes* review with respect to the patents at issue, the court will deny the Motion.

# EXHIBIT 3

*Sioux Chief Manufacturing Company, Inc. v. Zurn Industries, LLC et al.*
C.A. 18-163 (RGA)

| | | |
|---|---|---|
| 06/07/2018 | 45 | ORAL ORDER: The parties are requested to promptly notify the Court after the PTAB decides whether to institute review. If review is instituted, the Court will schedule oral argument on the Motion to Stay (D.I. 17 ). Ordered by Judge Richard G. Andrews on 6/7/2018. (nms) (Entered: 06/07/2018) |