**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNIVERSAL SECURE REGISTRY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., VISA INC., and VISA U.S.A., INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 17-585-CFC-SRF |

**ORDER**

At Wilmington this **19th** day of **September, 2018**, the court having considered defendant Apple Inc.'s ("Apple") motion to stay, and for the reasons set forth in the Memorandum Opinion issued this same date, IT IS HEREBY ORDERED THAT Apple's motion to stay (D.I. 90) is DENIED without prejudice.

Sherry R. Fallon
United States Magistrate Judge