# United States Court of Appeals for the Federal Circuit

---

**UNIVERSAL SECURE REGISTRY LLC,**
*Plaintiff-Appellant*

**v.**

**APPLE INC., VISA INC., VISA U.S.A. INC.,**
*Defendants-Appellees*

---

2020-2044

---

Appeal from the United States District Court for the District of Delaware in No. 1:17-cv-00585-CFC-SRF, Judge Colm F. Connolly.

---

## MANDATE

---

In accordance with the judgment of this Court, entered August 26, 2021, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellee Apple Inc., Visa Inc., Visa U.S.A. Inc. in the amount of $47.52 and taxed against the appellant.

FOR THE COURT

November 5, 2021

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court